**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No. 11-PO-00136-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. WASH KMUSH BUCKSKIN,**

**Defendant.**

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

    **IT IS HEREBY ORDERED** that the Sentencing scheduled in this matter for December 21, 2011 at 4:00 p.m. is **VACATED and RESCHEDULED for December 22, 2011 at 3:00 p.m.**

**DATED: December 19, 2011.**

                                     **BY THE COURT:**

                                     **s/David L. West**
                                     **United States Magistrate Judge**