**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No.: 11-PO-00136-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. WASH KMUSH BUCKSKIN,**

**Defendant.**

**ORDER FOR RELEASE FROM CUSTODY**

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Defendant was arrested on a Warrant due to Violation of Probation. After an appearance before the Magistrate Judge on July 11, 2012, it was determined that due to the time the Defendant had already spent in custody he had served the maximum amount of time for this offense, therefore:

**IT IS HEREBY ORDERED** that the Defendant's probation is terminated and that he be immediately released from custody of the U. S. Marshal's Service.

**DATED: July 11, 2012.**

                                    **BY THE COURT:**

                                    **s/David L. West**
                                    **United States Magistrate Judge**